Michael T. HAYES
20633 IMSI
P.O. Box 51
Boise IDAHO 83707

U.S. COURTS

APR 25 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO

| | |
|---|---|
| Michael T. HAYES<br><br>        PlAINTiFF<br><br>    —VS—<br><br>THE ENTITY (IDOC)<br>RONA SiEGERT; CPL. GARCIA<br>THE ENTITY CENTURiON MEDiCAl<br>MiCHAEl GRACE; TONJA REiDY;<br>6 JANE AND JOHN DOE NURSES | CASE NO.  22-184<br><br>CiViL RiGHTS COMPlAINT AND<br>DEMAND FOR JURY TRiAl |

_____DEFENDANTS_

    COMES NOW, Michael T. HAYES PlAiNTiFF PRO-SE
AND FOR HiS COMPlAiNT STATES:
                    I
        PRElIMINARY STATEMENT
THiS MATTER bRiNGS beFORE THE COURT A CiViL ACTiON FOR
COMPENSATORY AND PUNiTiVE DAMAGES, AS WELL AS A
REQUEST FOR DECLARATORY AND iNJUNCTiVE RElIEF
PlAiNTiFF HAYES CONTENDS THAT WHiLE iN THE iLLEGAL

A CiViL RiGHTS COMPlAiNT —1—

CUSTODY OF THE IDAHO DEPARTMENT OF CORRECTIONS AND UNDER THE PHYSICAL CARE AND CONTROL OF THE IDAHO MAXIMUM SECURITY INSTITUTION, THE DEFENDANTS, IN BOTH THEIR INDIVIDUAL AND OFFICIAL CAPACITIES CAUSED MULTIPLE VIOLATIONS OF THE PLAINTIFFS RIGHTS TO ADEQUATE MEDICAL CARE, ALL OF WHICH WERE IN DIRECT VIOLATION OF THE EIGHTH AMENDMENT OF THE U.S. CONSTITUTION.

## II
## JURISDICTION AND VENUE

JURISDICTION IN THESE MATTERS IS PREDICATED UPON 28 USC 1331, 1343 (3) AND (4). THOSE MATTERS IN CONTROVERSY HEREIN AND AFTER ARISE UNDER 42 U.S.C. § 1983 VENUE IS PROPER IN THIS PROCEEDING SINCE ALL OF THE MATERIAL FACTS COMPLAINED OF HERE AFTER OCCURED WITHIN THE COUNTY OF ADA, STATE OF IDAHO AND, ACCORDINGLY, THESE ALLEGATIONS ARE WITHIN THE PURVIEW OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO.

## III
## THE PARTIES

A CIVIL RIGHTS COMPLAINT —2—

## THE PLAINTIFF:

1. Michael T. Hayes, The Plaintiff, is a citizen of the United States, a legal resident of the State of Idaho, at all times relevant to the events complained of herein, Plaintiff was housed at the Idaho Maximum Security Instution (IMSI) Prison under the direct care, custody, and control of Warden Tryell Davis by virtue of a unlawful judgment of conviction and sentence under the laws of the State of Idaho.

## THE DEFENDANTS:

2. Each of the following defendants are citizens of the United States and were at those times complained of here within legal residents of the State of Idaho: and, each of these defendants possessed direct knowledge of and involvement in the complaint and allegations set down herein. Although the current addresses of at least some of these individuals are presently unknown to

A CIVIL RIGHTS COMPLAINT −3−

THE PLAINTIFF; THE PLAINTIFF IS OF THE REASONABLE belief THAT EACH OF THESE DEFENDANTS CAN bE REACHED FOR SERVICE OF PROCESS THROUGH THEIR ATTORNEYS OF RECORD; DEPUTY ATTORNEY GENERAL MARK A. Kubinski P.O. Box 83720 BOISE IDAHO 83720. MORE OVER, EACH OF THESE DEFENDANTS, AT THOSE TIMES RELEVANT TO THE ALLEGATIONS WERE EMPLOYED AS lawFul AGENTS OR SUBCONTRACTORS FOR THE STATE OF IDAHO AND, THEREFORE legally AND lawFully CONSIDERED ACTORS UNDER THE COLOR OF STATE LAW.

3. DEFENDANT; RONA SIEGERT IS AN EMPlOYEE OF THE (IDOC), who AT AII TIMES PERTINENT TO THESE PROCEEDINGS WAS THE HEALTH SERVICES DIRECTOR FOR THE IDAHO DEPARTMENT OF CORRECTIONS DEFENDANT SIEGERT RN, WAS PERSONAllY INVOLVED IN THE CONDUCT COMPLAINED OF HEREIN, AND, THE PLAINTIFF IS OF THE REASONABLE BELIEF THAT DEFENDANT SIEGERT RN WAS CHARGED THROUGHOUT THE TIME OF THESE SAME EVENTS WITH THE RESPONSIBILITY TO SEE TO IT

A CIVIL RIGHTS COMPLAINT - 4 -

THAT All INMATES RECEIVE ADEQUATE MEDICAl
CARE FOR THEIR DISEASE AND SICKNESS bY THE
CENTURIONS MEDICAl STAFF. RONA SIEGERT has IN FACT
FAiled TO PROPERly MONOTOR CENTURions MEDICAl
STAFFS ACTIONS.

DEFENDANT: RONA SIEGERT IS being SUED
IN bOTH hER PERSONAl AND OFFICIAl CAPACITIES.

DEFENDANT: IDOC CPL. GARCIA is AN EMPloYEE
OF THE (IDOC) who AT All TIMES PERTINENT TO THESE
PROCEEDINGS WAS A CPL. ON IMSI J-BlOCK
DEFENDANT CPL. GARCIA WAS PERSONAllY invOlVED
IN THE CONDUCT COMPlAiNed OF hEREiN, AND, THE
PlAiNTiFF is OF THE REASONAblE belief ThAT CPL.
GARCIA WAS CHARGED ThroughoUT THE TIMES OF
THESE SAME EVENTS with THE RESPONSibiliTY TO SEE
TO iT ThAT All INMATES WERE TAKEN FROM THERE
PRISON CEllS TO THERE MEDICAl CAll OUT APPOINTMENTS
ON TIME.

DEFENDANT CPL. GARCIA IS being SUED iN boTh
his PERSONAl AND OFFICIAl CAPACITIES.

DEFENDANT: ENTITY CENTURION MEDICAl COMPANY

A CiVil RIGhTS COMPlAINT -5-

AND EMPLOYEES MICHAEL GRACE: TONJA REIDY;
AND 6 JANE AND JOHN DOE NURSES ARE EMPLOYEES
OF CENTURION MEDICAL COMPANY, WHO AT ALL TIMES
PERTINENT TO THESE PROCEEDINGS WERE MEDICAL
NURSES. DEFENDANT GRACE AND REIDY AND THE
6 NURSES WERE PERSONALLY INVOLVED IN THE CONDUCT
COMPLAINED OF HEREIN, AND, THE PLAINTIFF IS OF THE
REASONABLE BELIEF THE EIGHT DEFENDANTS WERE
CHARGED THROUGHOUT THE TIMES OF THESE SAME
EVENTS WITH THE RESPONSIBILITY TO SEE TO IT
THAT THE INMATES IN THE (IMSI) PRISON RECEIVE
THERE PRESCRIBED PRESCRIPTION MEDICATION AND
REFILS ON TIME. THESE 8 DEFENDANTS WERE
DELIBERATELY AND INTENTIONALLY INDIFFERENT TO THE
PLAINTIFFS SERIOUS MEDICAL NEEDS. ALL 8 OF THESE
DEFENDANTS ARE BEING SUED IN BOTH THERE PERSONAL
AND OFFICIAL CAPACITIES.

## IV
## STATEMENT OF CLAIMS

AT ALL RELEVANT TIMES HEREIN DEFENDANTS WERE
PERSONS FOR PURPOSES OF 42 U.S.C.A. § 1983 AND ACTED
UNDER COLOR OF LAW TO DEPRIVE THE PLAINTIFF OF

A CIVIL RIGHTS COMPLAINT — 6 —

his STATE AND FEDERAL CONSTITUTIONAL RIGHTS AS
SET FOURTH below.

## V.
## STATEMENT OF MATERIAL FACTS

(1). CENTURION MEDICAL COMPANY REPLACED CORIZON
MEDICAL COMPANY ON OCTOBER 1, 2021 FOR THE
CONTRACT TO PROVIDE MEDICAL CARE AND TREATMENT
TO All IDAHO PRISONS. CENTURION MEDICAL COMPANY
HAS PICKED UP RIGHT WHERE CORIZON MEDICAL
COMPANY LEFT OFF. CENTURION MEDICAL IS RUNNING
PRISONERS OUT OF THERE chronic CARE PRESCRIBED
PRESCRIPTION MEDICATIONS AND ARE REFUSING TO
REFIL THE MEDICATIONS ON TIME BEFORE THE PRISONER
RUNS OUT OF his MEDICATIONS.

(2). ON 10/13/2021 CENTURION MEDICAL COMPANY
RAN ME OUT OF METFORMIN MEDICATION FOR MY
DIAbETES EVEN Tho I had PUT IN THE H.S.R. NO. 1629110
ON 10/9/2021. I WAS OUT FOR SOME 8 DAYS. THEN
AGAIN ON 11/13/2021 I SENT IN H.S.R. NO. 1617064
FOR MY METFORMIN I RAN OUT ON 11/19/2021
AGAIN. I Also have BEEN OUT OF MY TAMSULOSIN 0.4 MG

A CIVIL RIGHTS COMPLAINT -7-

CAPSULES FOR 13 DAYS NOW.

(3). ON 12/23/2021, (1). OUT OF MEDFORMIN 1,000 MG TABLETS (2). OUT OF TAMSULOSIN 0.4 MG CAPSULES. 12/27/2021 OUT OF MY PERSCRIBED MEDICATIONS NOW FOR 5 DAYS. 1/5/2022 CENTURION MEDICAL has RAN ME OUT OF 3 MORE ChRONIC CARE MEDICATIONS (3) OUT OF ASPIR-10W 81MG EC TABLETS. (4). ATORVASTATIN 20 MG TABLETS (5). LISINOPRIL 2.5 MG TABLETS. I WAS OUT OF ATORVASTATIN AND LISINOPRIL FOR 12 DAYS. I WAS OUT OF ASPIR-10W 81 MG TAbs FOR 17 DAYS.

(4). THEN AGAIN ON 1/30/2022 CENTURION MEDICAL RAN ME OUT 3 MORE ChRONIC CARE MEDICATIONS (1). METFORMIN 1,000 MG TABLETS FOR ThE 4Th TIME (2). ACETAMINOPhEN 325 MG TABLETS. (3). TAMSULOSIN 0.4 MG CAPSULE. This is ThE FIFTh TIME I have BEEN RAN OUT OF SOME ChRONIC CARE MEDICATIONS. 5 TIMES IN ThE LAST 3 MONThS.

A CIVIL RIGhTS COMPLAINT - 8

(C5). ORDERED REFILS FOR MY MEDICATIONS TODAY 2/23/2022 5 DIFFERENT PRESCRIPTIONS ORDERED ON TWO H.S.R. REQUESTS (1). METFORMIN 1000 MG TABS ALSO (2). GLIPIZIDE 5 MG TABLETS AND (3). TAMSULOSIN 0.4 MG CAPSULES ON HSR NO. C0034582 (4). ACETAMINOPHEN 325 MG TABS AND (5). SELENIUM SHAMPOO HSR NO. C0035079. ON 3/3/2022 CENTURION MEDICAL RAN ME OUT OF MY PAIN MEDICATIONS AGAIN FOR THE SECOND TIME IN 4 MONTHS EVEN THO I HAD SENT IN HSR NO. C0035079 ON 2/23/2022 FOR MY REFILS 8 DAYS BEFORE I RAN OUT (1) ACETAMINO-PHEN 325 MG TABLETS.

(6). ALSO CENTURION MEDICAL RAN ME OUT OF MY TAMSULOSIN AND METFORMIN MEDICATIONS EVEN THO I SENT IN HSR NO. C0034582 ON 2/23/2022 FOR MY REFILS 8 DAYS BEFORE I RAN OUT. (2). TAMSULOSIN 0.4 MG CAPSULES (3). METFORMIN 1000 MG TABS THIS IS THE 5 TIME THAT CENTURION MEDICAL HAS RAN ME OUT OF MY DIABETES MEDICATIONS IN THE LAST 4 MONTHS.

A CIVIL RIGHTS COMPLAINT -9-

(7). CENTURION MEDICAL RAN ME OUT OF 3 MORE CHRONIC CARE MEDICATIONS TODAY 3/22/2022 THE MEDICATIONS ARE (1). LISINOPRIL 2.5 MG TABLETS. (2). ASPIR-low 81 MG EC TABLETS (3). ATORVASTATIN 20 MG TABLETS. THIS IS THE 8 TIME IN THE LAST 5 MONTHS THAT CENTURION HAS RAN ME OUT OF CHRONIC CARE PRESCRIBED MEDICATIONS DELIBERATELY AND INTENTIONALLY. CENTURION MEDICAL STAFF ARE holding MY PRESCRIBED PRESCRIPTION MEDICATIONS DOWN AT THE PRISON PHARMACY AND ARE REFUSING TO DELIVER THE MEDICATION TO THERE VICTIM MICHAEL T. HAYES.

(8). FROM 10/13/2021 TO 3/31/2022 CENTURION MEDICAL RAN THERE VICTIM HAYES OUT OF his CHRONIC CARE PRESCRIBED PRESCRIPTION MEDICATIONS 8 TIMES AND FOR 66 DAYS THAT VICTIM HAYES WAS OUT OF his CHRONIC CARE PRESCRIBED PRESCRIPTION MEDICATIONS CENTURION MEDICAL STAFF THE 6 JANE AND JOHN DOE NURCES REFUSED TO SINGLE DOSE VICTIM HAYES OFF OF THE PILL CART WHEN IT CAME ON HAYES'S TIER 198 DIFFERENT TIMES. THIS CASE IS A TEXT BOOK CASE OF DELIBERATE INDIFFERENCE TO HAYES'S SERIOUS MEDICAL NEEDS.

A CIVIL RIGHTS COMPLAINT - 10-

(9). The PRISON Pill call CART with a NURSE GOES ON EVERY PRISON TIER 3 TIMES A DAY TO PASS OUT MEDICATIONS TO THE INMATE POPULATION. DURING THE 66 DAYS VICTIM HAYES WAS OUT OF HIS chronic care PRESCRIBED PRESCRIPTION MEDICATIONS THE NURSES RUNNING THE Pill call CART REFUSED TO SINGLE DOSE VICTIM HAYES OFF OF THE Pill call CART 198 TIMES. EACH TIME THEY REFUSED TO SINGLE DOSE HAYES OFF OF THE Pill call CART with AVAliable MEDICATION THAT WAS ON THE CART IS A EighTh AMENDMENT VIOLATION OF THE U.S. CONSTITUTION. CENTURION NURSES JANE AND John DOE VIOLATED HAYES'S RightS TO AdEQUATE MEDICAL CARE 198 TIMES BETWEEN 10/31/2021 AND 3/31/2022.

(10). CENTURION'S UNCONSTITUTIONAl POLICY AND CUSTOM of holding PRISONERS PAIN MEDICATION AT THE PRISON PHARMACY FOR 4 OR 5 WEEKS bEFORE DELIVERING THE PAIN MEDICATION TO THE PRISONER AND causing him THE UNNECESSARY AND WANTON infliction OF PAIN FOR 4 OR 5 WEEKS VIOLATES THE EighTh AMENDMENT. AlSO when NURSING STAFF COMES ON THE TIER 3 TIMES A DAY AND REFUSES TO SINGLE DOSE THE PRISONER OFF OF THE

A CIVIL RightS COMPLAINT – 11 –

Pill call CART with Available PAIN MEDICATION THAT IS ON THE Pill call CART Shows THE UNNECESSARY AND WANTON INFliction OF NEEDless PAIN AND SUFFERING.

(11). CENTURIONS NURSING STAFF 6 JANE AND John DOE NURSES have CONSPIRED TOGETHER TO DEPRIVE victim HAYES OUT OF his EIGHTh AMENDMENT CONSTITUTIONAl RiGHTS TO ADEQUATE MEDICAl CARE bY COMING ON TO victim HAYES'S TIER 198 TIMES AND REFUSING TO GIVE him MEDICATION OFF OF THE Pill CAll CART IN DIRECT ViolATION OF THE FEDERAl STATUTORY LAW CODE 18 U.S.C.A. § 241 CONSPIRACY AGAINST RiGHTS AND 18 U.S.CA. § 242 DEPRIVATION OF RiGHTS UNDER COloR OF LAW. YES CENTURIONS NURSING STAFF have INFACT COMMITTED 198 ViolATIONS OF HAYES'S EIGHTh AMENDMENT RiGHTS TO AdEQUATE MEDICAl CARE.

(12). DEFENDANT RONA SIEGERT ANSWERED THE (1NST) GRIEVANCE NO. IM 210000 556 LEVEl 3 APPEllATE AUTHORITY RESPONSE ON 1/27/2022 with AN APOloGY THAT STATED [ A REVIEW OF YOUR MEDICAl RECORDS DOES show THAT YOUR MEDICATIONS

A CIVIl RiGHTS COMPLAINT -12-

WERE NOT RE-ORDERED CORRECTLY TO AVOID RUNNING OUT]. RONA SIEGERT ALSO SAID THAT SHE ADDRESSED THE ISSUE OF NOT BEING SINGLED DOSED AT PILL CALL WITH CENTURION LEADERSHIP IN HER 1/27/2022 LEVEL 3 RESPONSE. RONA SIEGERT IS IN FACT CONSPIRING WITH CENTURION MEDICAL STAFF TO DEPRIVE VICTIM HAYES OUT OF HIS DIABETES MEDICATION AND PAIN MEDICATION.

(13). DEFENDANT RONA SIEGERT WAS ALSO SENT 5 CONCERN FORMS ABOUT HAYES'S MEDICATIONS BEING DELIVERED LATE. SIEGERT ONLY ANSWERED ONE OF THE CONCERN FORMS. THE OTHER 4 WENT UNANSWERED BY SIEGERT. THE SIEGERT 2/18/2022 CONCERN FORM STATED THAT THE CENTURION MEDICAL STAFF WILL NOT SINGLE DOSE ME OFF OF THE PILL CALL CART. SIEGERT DIDN'T ANSWER THE CONCERN FORM.

(14). THE 3/7/2022 SIEGERT CONCERN FORM STATED THAT THE CENTURION MEDICAL STAFF RAN ME OUT OF PAIN MEDICATION AGAIN EVEN THO I SENT IN H.S.R. NO. COO35079 ON 2/23/2022 FOR REFILLS 8 DAYS

A CIVIL RIGHTS COMPLAINT - 13 -

bEFORE I RAN OUT, ON 3/3/2022. AISO ThE CONCERN
FORM STATED ThAT HAYES SENT IN H.S.R. NO. C0034582
ON 2/23/2022 8 DAYS bEFORE HAYES RAN OUT OF
HIS TAMSULOSIN AND METFORMIN MEDICATIONS. SIEGERT
DIDN'T ANSWER ThE CONCERN FORM.

(15). ThE 3/18/2022 CONCERN FORM STATED AND ASKED
RONA SIEGERT why AREN'T YOU ANSWERING MY
CONCERN FORMS ? AISO IT STATED ThAT HAYES RAN
OUT OF his 5 MEDICATIONS ON 3/3/2022 AND ThAT
CENTURION WAS REFUSING TO SINGIE DOSE HAYES
OFF OF ThE PiII CAII CART EVEN Tho SIEGERT SAID ShE
AddRESSED This ISSUE ON 1/27/2022 wITh
CENTURION LEADERshiP. SIEGERT DIDN'T ANSWER ThE
CONCERN FORM.

(16). RONA SIEGERTS RESPONSIbiIiTIES AND Job
REQUIREMENTS AS MEDICAI CONTRACTOR MONITOR FOR ThE
CIDOC) IS TO ENSURE ThAT AII INMATES GET ThERE
ChRONIC CARE PRESCRibed PRESCRIPTION MEDICATIONS
ON TIME AND ThAT INMATES GET AdEQUATE MEDICAI
CARE AND ARE TAKEN TO MEDICAI CAII OUT

A CIVII RIGhTS COMPIAINT - 14 -

APPOINTMENTS ON TIME PER HER JOB DESCRIPTION FOR THE
IDOC POLICY AND PROCEDURES.

(17). THE 3/19/2022 CONCERN FORM STATED THAT
CPL. GARCIA LIED TO MEDICAL AND TOLD THEM THAT
HAYES REFUSED TO GO TO HIS SICK CALL APPOINTMENT
WHEN HAYES REALLY SAID YES AS I NEED TO SEE MED-
ICAL. I ALSO TOLD SIEGERT THAT I ASKED CENTURION
TO RESET THE MEDICAL CALL OUT APPOINTMENT BUT THEY
NEVER DID. CPL. GARCIA REFUSED VICTIM HAYES MEDICAL
CARE AND TREATMENT ON 3/4/2022.

(18). CENTURION MEDICAL HAS RAN ME OUT OF ALL OF MY
PRESCRIBED MEDICATIONS AND MY CHRONIC CARE MEDICATIONS
I DO NOT HAVE ANY OF MY PRESCRIBED MEDICATIONS AT ALL
AND HAVE BEEN OUT OF PAIN MEDICATIONS AND DIABETES
MEDICATIONS FOR 30 DAYS NOW. CENTURION MEDICAL
HAS STOPPED MY MEDICAL TREATMENT FOR MY DIABETES
AND BACK PAIN ALONG WITH MY CHRONIC CARE MEDICAL
APPOINTMENTS ALTOGETHER AS OF MARCH 31, 2022 I
HAVE NO MEDICATIONS AT ALL AND NO MEDICAL APPOINTMENTS
SCHEDULED. RONA SIEGERT HAS FAILED HER SUPERVISORY

A CIVIL RIGHTS COMPLAINT — 15 —

LIABILITY DUTY AND ALLOWED CENTURION TO RUN HAYES
OUT OF All MEDICATIONS FOR 66 DAYS BETWEEN
10/13/2021 AND 3/31/2022.

(19). ON FRIDAY MARCH 4, 2022 AT AROUND 9:30
A.M CPL GARCIA CAME TO MY CELL AND ASKED IF I WANTED
TO GO TO SICK CALL AND I SAID YES. THEN GARCIA Told
MEDICAL THAT I REFUSED TO GO TO SICK CALL. GARCIA
REFUSED ME MEDICAL TREATMENT IN DIRECT VIOLATION OF
THE EIGHTH AMENDMENT OF THE U.S. CONSTITUTION. ALSO
BETWEEN 10:00 AM AND 11:00 AM I PUSHED THE MEDICAL
CALL BUTTON IN MY CELL MULTIPLE TIMES AND CPL. GARCIA
AND J-BLOCK STAFF REFUSED TO COME TO MY CELL AND
ANSWER THE MEDICAL CALL. THIS MEDICAL APPOINTMENT
HAS NOT BEEN RESCHEDULED AS OF MARCH 31, 2022.
GARCIA Told ANOTHER PRISON STAFF MEMBER ON J-2 TIER
ON 3/4/2022 THAT HAYES DID NOT NEED TO SEE MEDICAL
HAYES HAS COST THIS STATE ENOUGH MONEY. GARCIA
SET IN MOTION A SERIES OF ACTS bY OTHERS THAT HE KNEW
OR REASONABLY should HAVE KNOWN WOULD CAUSE
OTHERS TO INFLICT CONSTITUTIONAL INJURY. BECAUSE OF
GARCIA'S REFUSAL TO LET VICTIM HAYES SEE CENTURION

A CIVIL RIGHTS COMPLAINT - 16 -

MEDICAL. CENTURION DID NOT GIVE HAYES his PRESCRIPTION REFILLS AND AS OF MARCH 31, 2022 SOME 27 DAYS LATER VICTIM HAYES STILL DOES NOT HAVE ANY DIABETES OR PAIN MEDICATION AT ALL. YES GARCIA SET IN MOTION EVENTS by OTHERS THAT CAUSED CONSTITUTIONAL INJURY TO HAYES.

VI. CAUSES OF ACTIONS

CENTURION MEDICAL RAN HAYES OUT OF his CRONIC CARE PRESCRIBED PRESCRIPTION MEDICATIONS 8 TIMES IN 5 MONTHS. CENTURIONS NURSES REFUSED TO SINGLE DOSE HAYES OFF OF THE PILL CALL CART ON 66 DIFFERENT DAYS 3 TIMES A DAY FOR A TOTAL OF 198, EIGHTH, AMENDMENT VIOLATIONS OF HAYES'S U.S. CONSTITUTIONAL RIGHTS.

VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

PLAINTIFF has TRIED TO INFORMALLY RESOLVE THIS MATTER WITH CENTURION MEDICAL AND IDOC STAFF WITHOUT SUCCESS, bY WRITTEN CONCERN FORMS DATED 11/8/2021 AND 3/4/2022 AND 2 GRIEVANCES. (1). GRIEVANCE NO. IM 210000556 AND (2). GRIEVANCE NO. IM 220000153 WITHOUT ANY SUCCESS.

VIII. LAW SUITS AND ADMINISTRATIVE RELIEF. NO OTHER LAW SUITS OR LEGAL ACTIONS HAVE BEEN FILED IN ANY OTHER IDAHO STATE COURT OR UNITED STATES COURT PREDICATED UPON THESE SAME SET OF FACTS.

A CIVIL RIGHTS COMPLAINT — 17 —

# IX.
## PRAYER FOR RELIEF

THE FOREGOING FACTS AND REASONS ARE SUFFICIENT TO RESPECTFULLY REQUEST THAT THIS COURT ENTER AN ORDER CONTAINING THE FOLLOWING TENETS AND DIRECTIONS:

1.      THAT THE COURT WILL ASSUME JURISDICTION OF THESE PROCEEDINGS CONDUCT IT'S INITIAL REVIEW AND, SUBSEQUENTLY, ADVANCE THESE MATTERS UPON ITS NORMAL CALENDAR:

2.      THAT A DECLARATORY JUDGMENT BE ENTERED, CONFORMING TO THE EVIDENCE SET OUT THAT HOLDS THAT THE DEFENDANTS, INDIVIDUALLY AND/OR COLLECTIVELY HAVE VIOLATED THE PLAINTIFF'S APPLICABLE FEDERAL CONSTITUTIONAL RIGHTS UNDER THE EIGHTH AMENDMENT.

3.      THAT AN INJUNCTION BE ISSUED FORBIDDING THESE DEFENDANTS OR ANY OF THERE SUBCONTRACTORS OR AGENTS FROM ANY FURTHER AND FUTURE FAILURE TO GIVE VICTIM HAYES HIS CHRONIC CARE MEDICATIONS AND DIABETES AND PAIN MEDICATIONS ON TIME.

A CIVIL RIGHTS COMPLAINT -18-

4.     THAT, COMPENSATORY DAMAGES be
AWARDED THE PLAINTIFF IN THE AMOUNT OF 1,000,000
DOLLARS AGAINST THE ENTITY IDAHO DEPART-
MENT OF CORRECTIONS, AND CENTURION MEDICAL CO.

5.     THAT, PUNITIVE DAMAGES be AWARDED
AGAINST THE APPLICABLE DEFENDANTS IN THE
AMOUNT OF $100,000 DOLLARS EACH.

6.     AND, FOR SUCH OTHER AND ALTERNATIVE
RELIEF AS IS JUST AND EQUITABLE UNDER THE
CIRCUMSTANCES, including THE AWARD OF
ATTORNEYS FEES AND COSTS, should PLAINTIFF
obTAIN COUNSEL AND ONE be APPOINTED bY THE
COURT.

DONE This 31 DAY OF MARCH      2022

RESPECTFULLY SUBMITTED bY:
michael T. Hayes
MICHAEL T. HAYES
PLAINTIFF PRO-SE

A CIVIL RIGHTS COMPLAINT — 19 —

## X.

## VERIFICATION

I DO HEREBY CERTIFY AND AFFIRM THAT I AM THE PLAINTIFF IN THE ABOVE AND, THAT THE FACTS AND ALLEGATIONS CONTAINED THEREIN ARE TRUE AND CORRECT TO THE BEST OF THE PLAINTIFF'S KNOWLEDGE AND belief IN All RESPECTS.

DATED This 31 DAY OF MARCH 2022.

michael T. Hayes

MICHAEl T. HAYES
PLAINTIFF PRO-SE

SUBSCRIBED AND SWORN TO BEFORE ME, NOTARY Public ON This 31 DAY OF March 2022.

(SEAl)



Tia Ul fling

NOTARY Public FOR IDAHO
THE COUNTY OF ADA
MY COMMISSION EXPIRES:
11/23/2027

A Civil RiGHTS COMPlAiNT - 20-