UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL T. HAYES,<br><br>                Plaintiff,<br><br>   v.<br><br>IDOC; RONA SIEGERT; CPL. GARCIA; CENTURION MEDICAL; MICHAEL GRACE; TONJA REIDY; and JANE AND JOHN DOE NURSES 1-6,<br><br>                Defendants. | Case No. 1:22-cv-00184-REP<br><br>**ORDER FOR SERVICE OF PROCESS** |

Plaintiff has provided the physical service address for Defendant Centurion. *See* Dkt. 20. **ACCORDINGLY, IT IS ORDERED:**

1. Plaintiff's second Motion for Formal Summons (Dkt. 20) is GRANTED. The Clerk of Court is directed to forward a copy of the Complaint (Dkt. 1), a summons, and a copy of the Initial Review Order (Dkt. 6) to the United States Marshals Service, which is directed to serve Defendant Centurion at the following address: **Centurion Health Services, 8517 W. Overland Road, Boise, Idaho, 83709**.

2. Plaintiff's first Motion for Formal Summons (Dkt. 17) is MOOT.

3. Plaintiff's Motion for Default Judgment (Dkt. 16) is DENIED. Plaintiff did not obtain an entry of default before moving for a default judgment. *See*

Fed. R. Civ. P. 55; *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986) (referring to entry of default and default judgment under Rule 55 as a "two-step process").

DATED: December 19, 2022

_____
Honorable Raymond E. Patricco
Chief U.S. Magistrate Judge