# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael T. Hayes | 1:22-cv-00184-REP |
| DEFENDANT | TYPE OF PROCESS |
| Centurion Medical | Civil Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Centurion Medical
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8517 W. Overland Road, Boise, ID 83709

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Anne Copas
United States Courts
550 W. Fort Street 4th Floor
Boise, ID 83724

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
*Anne Copas*
TELEPHONE NUMBER: 208-334-9397
DATE: December 19, 2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 23
District to Serve No. 23
Signature of Authorized USMS Deputy or Clerk
Date: 12/20/22

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
RENEE CARRIAGA ADMINISTRATIVE ASSISTANT
Date: 12/21/2022  Time: 1:03 ☒ pm

Signature of U.S. Marshal or Deputy
MICAH CRUZ

REMARKS:
MILEAGE: 15 MILES
1 ENDEAVOR

**U.S. MARSHALS SERVICE**
**DISTRICT OF IDAHO**

DEC 20 2022

RECEIVED

Form USM-285
Rev. 11/18

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-00184-REP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CENTURION MEDICAL
was received by me on *(date)* 12/21/2022.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* RENEE CARRIAGA, who is designated by law to accept service of process on behalf of *(name of organization)* CENTURION MEDICAL on *(date)* 12/21/2022; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/21/2022

*Server's signature*

DEPUTY U.S. MARSHAL MICAH CRUZ
*Printed name and title*

550 W FORT ST. 777 BOISE ID 83724
*Server's address*

Additional information regarding attempted service, etc: