**Trudy Hanson Fouser, ISB No. 2794**
tfouser@gfidaholaw.com
**Eric W. Stokes, ISB No. 11058**
estokes@gfidaholaw.com
**GJORDING FOUSER PLLC**
950 W. Bannock Street, Ste. 950
Boise, Idaho 83702
Telephone:  208.336.9777
Facsimile:   208.336.9177
E-service: gfcases@gfidaholaw.com

*Attorneys for Centurion of Idaho, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL T. HAYES,<br><br>Plaintiff,<br><br>v.<br><br>IDOC; RONA SIEGERT; CPL. GARCIA; CENTURION MEDICAL;<br><br>Defendants | Case No.  1:22-CV-00184-REP<br><br>**MOTION TO QUASH SERVICE OF PROCESS AND DISMISS** |

COMES NOW Defendants, by and through their counsel of record, Gjording Fouser PLLC, and hereby moves this Court for an order quashing service of process and dismissing Plaintiff's Complaint.

This motion is made and based on the records, files, and pleadings in the above-captioned matter, as well as the memorandum filed herewith.

DATED this 11th day of January, 2023.

                **GJORDING FOUSER PLLC**

                By____/s/ Eric W. Stokes_____
                Eric W. Stokes – Of the Firm
                *Attorneys for Centurion of Idaho, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2023, that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Michael T. Hayes (#20633)<br>IMSI J-34<br>P.O. Box 51<br>Boise, ID  83707<br>*(Pro Se)* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy<br>☐ Email |

             /s/ Eric W. Stokes
            Eric W. Stokes