**Trudy Hanson Fouser, ISB No. 2794**
tfouser@gfidaholaw.com
**Eric W. Stokes, ISB No. 11058**
estokes@gfidaholaw.com
**GJORDING FOUSER PLLC**
950 W. Bannock Street, Ste. 950
Boise, Idaho 83702
Telephone:  208.336.9777
Facsimile:   208.336.9177
E-service: gfcases@gfidaholaw.com

*Attorneys for Centurion of Idaho, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL T. HAYES,<br><br>    Plaintiff,<br><br>v.<br><br>IDOC; RONA SIEGERT; CPL. GARCIA; CENTURION MEDICAL;<br><br>    Defendants | Case No.  1:22-CV-00184-REP<br><br>**DECLARATION OF RENEE CARIAGA** |

I, Renee Cariaga, declare as follows:

1. This Declaration is based on my personal knowledge. I am qualified to make the statements herein.

2. This Declaration is offered in support of Defendant Centurion's Motion to Quash Service of Process.

3. I am an Office Manager for Centurion of Idaho, LLC.

4. On December 21, 2022, Micah Cruz of the United States Marshalls visited our offices and dropped off paperwork related to the above-captioned case.

5. I do not recall whether Mr. Cruz asked me if I was authorized to accept service on behalf of Centurion of Idaho, LLC.

6. I am not authorized by Centurion of Idaho, LLC to accept service on behalf of Centurion of Idaho, LLC.

I declare under penalty of perjury pursuant to the law of the United States of America that the foregoing is true and correct.

DATED this 11th day of January, 2023.

By /s/ Renee Cariaga
Renee Cariaga

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of January, 2023, that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

| | |
|---|---|
| Michael T. Hayes (#20633)<br>IMSI J-34<br>P.O. Box 51<br>Boise, ID 83707<br>*(Pro Se)* | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy<br>☐ Email |

/s/ Eric W. Stokes
Eric W. Stokes